# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** : | |
| **Michael S Kearney** : | |
| **Stacey L Kearney** : | **Chapter 13** |
| : | **Case No.: 23-12685-AMC** |
| : | |
| **Debtor(s)** : | |

### CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., hereby certify that on August 25, 2024 a true and correct copy of the <u>Modified Chapter 13 Plan</u> was served by electronic delivery or Regular US Mail to the Debtor, secured and priority creditors, the Trustee and all other directly affected creditors per the address provided on their Proof of Claims. If said creditor(s) did not file a proof of claim, then the address on the listed on the Debtor's credit report will be used for service.

Date:  **September 19, 2024**                          **/s/ Brad J. Sadek, Esquire**
                                                                                **Brad J. Sadek, Esquire**
                                                                                Attorney for Debtor(s)